JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CONTOUR DERMATOLOGY & COSMETIC SURGERY MEDICAL CENTER, a Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CONTOUR DERMATOLOGY AND COSMETICS, a business entity of unknown form,<br><br>Defendant. | Case No. 5:22-cv-1565 SHK<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE |

The Court, having considered the Stipulation by and between Plaintiff Contour Dermatology & Cosmetic Surgery Medical Center and Defendant Contour Dermatology and Cosmetics, and for good cause shown, hereby orders as follows:

1. The entire action is hereby dismissed in its entirety with prejudice;

2. The parties will each bear their respective costs and attorney's fees as incurred in connection with this action;

///

///

3. The Court will retain jurisdiction over this action to enforce the terms of the agreement entered into between the Parties as needed.

DATED: 12/5/2022

_____
SHASHI H. KEWALRAMANI
Magistrate Judge of the United States District Court